UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUFFALO AIRWAYS LTD., <br> Plaintiff, <br><br> v. <br><br> AIRSTRIKE FIREFIGHTERS LLC, WILLIAM DOUGLASS, and SCOTT SCHORZMAN, <br><br> Defendant. | CASE NO. 2:23-cv-01589 <br><br> ORDER GRANTING STIPULATED MOTION |

This matter comes before the Court on the parties Stipulated Motion Extending Deadlines (the "Motion"), filed December 19, 2023. Dkt. 20.

On November 27, 2023, the Court entered its Order Regarding Initial Disclosures and Joint Status Report, and Early Settlement. Dkt. No. 19. That order required the parties to exchange initial disclosures by January 2, 2024, and for them to file a Joint Status Report and Discovery Plan by January 8, 2023. *Id*. The parties have since conferred, and they move to extend Initial Disclosures and Joint Status Report and Discovery Plan deadlines to January 31 and February 6, 2024, respectively. Dkt. No. 20.

**ORDER** GRANTING STIPULATED MOTION - 1

"A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Accordingly, the Court GRANTS the Motion *nunc pro tunc*.

It is so ORDERED.

Dated this 12th day of January, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** GRANTING STIPULATED MOTION - 2