UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUFFALO AIRWAYS LTD. ,

Plaintiff,

v.

AIRSTRIKE FIREFIGHTERS LLC ET AL,

Defendants.

CASE NO. 2:23-cv-01589

ORDER TO SHOW CAUSE

The Court raises this matter of its own accord. To keep the Court appraised of the related receivership proceedings, the Court ordered the parties to submit a joint status report every 120 days. Dkt. No. 34. The Parties have failed to comply, as the latest report was due on January 23, 2026, and yet no report was filed. Accordingly, the Court ORDERS that in TEN (10) days from this order, the Parties MUST: (1) submit the required joint status report, or (2) show cause why sanctions should not issue for disregarding the Court's prior order. The Clerk is directed to note this deadline on the Court's calendar.

Dated this 10th day of March, 2026.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 1